UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEE DEIDRE FARMER,

Plaintiff,

-v-

DOE THE SURGEON, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2953 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Dkt. No. 21 the parties were required to submit a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by July 9, 2026, in advance of the Initial Case Management Conference (the "Conference") scheduled for July 16, 2026 at 10:00 a.m. ET. (Dkt. No. 21). To date, the parties have not submitted their PCMP. As a one-time courtesy, the Court sua sponte **EXTENDS** the parties' deadline to file their PCMP up to and including **July 13, 2026**. The parties are warned that failure to submit their PCMP by July 13, 2026 may result in the Court cancelling the Conference.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff Dee Deidre Farmer's address on the docket.

Dated: New York, New York
July 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**