UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEE DEIDRE FARMER,

Plaintiff,

-v-

DOE THE SURGEON, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2953 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to this Court's Order, the Mount Sinai Defendants[1] were required to provide Plaintiff Dee Deirdre Farmer a stipulation of dismissal as to Defendant Mount Sinai Hospital (the "Stipulation") by September 21, 2026. (Dkt. No. 47 ¶ 4). To date, the parties have not submitted the Stipulation. By **October 5, 2026**, the parties shall either file the Stipulation or a joint letter updating the Court as to the status of the Stipulation.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff Dee Deirdre Farmer's address on the docket.

Dated: New York, New York
September 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] The Mount Sinai Defendants refer to Jess Ting, Solomon Schwartz, New York Eye and Ear Infirmary, Mount Sinai Health System, Inc., and Beth Israel of Mount Sinai.