UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEE DEIDRE FARMER,

Plaintiff,

-v-

DOE THE SURGEON, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2953 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 47, Plaintiff Dee Deidre Farmer ("Ms. Farmer") was required to file her Second Amended Complaint (the "SAC") by October 9, 2026. (Dkt. No. 47 ¶ 5). To date, Ms. Farmer has not filed the SAC. As a one-time courtesy, the Court sua sponte **EXTENDS** Ms. Farmer's deadline to file the SAC up to and including **October 23, 2026**. The Court further **EXTENDS** the proposed motion to dismiss (the "Motion") briefing schedule (see Dkt. No. 47 ¶ 6) as follows:

a. By **November 20, 2026**, the Mount Sinai Defendants shall file the Motion (or otherwise respond to the SAC).

b. By **December 23, 2026**, Ms. Farmer shall file her opposition to the Motion.

c. By **January 12, 2027**, the Mount Sinai Defendants shall file their Reply.

Ms. Farmer is warned that failure to file the SAC by **October 23, 2026** may result in the undersigned recommending that the Court dismiss Ms. Farmer's claims against the Mount Sinai Defendants for failure to prosecute.

The Mount Sinai Defendants are directed to serve a copy of this Order on Ms. Farmer by email and file proof of service on the docket by **October 19, 2026**.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff Dee Deidre Farmer's address on the docket.

Dated: New York, New York
October 15, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**