UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEE DEIDRE FARMER,

Plaintiff,

-v-

DOE THE SURGEON, et al.,

Defendants.

CIVIL ACTION NO. 26 Civ. 2953 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 57 (the "Order"), the Mount Sinai Defendants[1] were required to file proof of email service on Plaintiff Dee Deidre Farmer ("Ms. Farmer") of the Order by October 28, 2026. (Dkt. No. 57 at 2). To date, the Mount Sinai Defendants have not filed the required proof of service.

As a one-time courtesy, the Court sua sponte **EXTENDS** to **November 2, 2026**, the Mount Sinai Defendants' deadline to file the proof of email service of the Order on Ms. Farmer.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff Dee Deidre Farmer's address on the docket.

Dated: New York, New York
October 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[1] The Mount Sinai Defendants are: Jess Ting, Solomon Schwartz, New York Eye and Ear Infirmary, Mount Sinai Health System, Inc., and Beth Israel of Mount Sinai.